JOHN VIOLA, State Bar # 217828
15 Boardman Place 2nd Floor
San Francisco, CA  94103
Tel:     (415)864-4230
Fax:    (415)680-1596

BEN ROSENFELD, State Bar # 203845
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:     (415) 285-8091
Fax:    (415) 285-8092

Attorneys for William Sorgen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SORGEN,<br><br>                  Plaintiff,<br><br>       vs.<br><br>The CITY AND COUNTY OF SAN FRANCISCO, San Francisco Police Chief HEATER FONG, San Francisco Police Officer BRIAN OLIVER (#776), and DOES 1-20,<br><br>                  Defendants. | Case No.  C-05-03172-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S CLAIMS UNDER 42 U.S.C. § 1983 AGAINST THE CITY AND COUNTY OF SAN FRANCISCO, AND PLAINTIFF'S DAMAGES CLAIMS FOR NON GARDEN VARIETY EMOTIONAL DAMAGES** |

The parties, through their undersigned counsel, hereby stipulate and request that the Court dismiss plaintiff's *Monell* claims, sounding in 42 U.S.C. § 1983, against the City and County of San Francisco ("City"), as well as any claims for damages based on non-garden variety emotional damages, including without limitation plaintiff's claims for intentional and negligent infliction of emotional distress.

　　　　Plaintiff agrees to allege and seek only garden variety emotional damages, as that term is defined in the cases of *Houghton v. M & F Fishing, Inc.*, 198 F.R.D. 666,668 (S.D. Cal. 2001) and *Thiessen v. General Electric Capital Corp.,* 178 F.R.D. 568, 570 (D.Kan. 1998).

1  San Francisco stipulate that in connection to the matters alleged in the pleadings, without
2  admitting any such matters, that Officer Oliver and Chief Fong were acting in the course and
3  scope of their employment and therefore if they are liable San Francisco is obligated to
4  indemnify these individuals under the California Government Code, except for an award of
5  punitive damages.

Respectfully Submitted,

DATED: January 26, 2006

JOHN VIOLA
BEN ROSENFELD

By:  s/ - *John Viola* _____
JOHN VIOLA
Attorneys for Plaintiff

DATED:  January 26, 2006

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
PETER J. KEITH
Deputy City Attorneys

By:  s/ *Peter J. Keith* _____
PETER J. KEITH
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Dated: 01/26/06                                                  _____
                                                                 THELTON E. HENDERSON
                                                                 U.S. DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER

LAW OFFICE OF
DENNIS CUNNINGHAM
SAN FRANCISCO, CA