| | |
|---|---|
| 1 | JOHN VIOLA, State Bar # 217828 |
| | 15 Boardman Place 2nd Floor |
| 2 | San Francisco, CA  94103 |
| | Tel:    (415)864-4230 |
| 3 | Fax:    (415)680-1596 |
| 4 | |
| | BEN ROSENFELD, State Bar # 203845 |
| 5 | Law Office of Dennis Cunningham |
| | 115 ½ Bartlett Street |
| 6 | San Francisco, CA 94110 |
| | Tel:    (415) 285-8091 |
| 7 | Fax:    (415) 285-8092 |
| 8 | |
| | Attorneys for William Sorgen |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SORGEN, | Case No.  C-05-03172-TEH |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF.** |
| The CITY AND COUNTY OF SAN FRANCISCO, San Francisco Police Chief HEATER FONG, San Francisco Police Officer BRIAN OLIVER (#776), and DOES 1-20, | |
| Defendants. | |

The Parties, through their undersigned counsel, hereby stipulate and request that the Court extend the discovery cutoff date from July 3, 2006, to August 28, 2006.

The Parties agree that the extension of the discovery cutoff shall be for the limited purposes as follows:

1.) To complete the deposition of Defendant Brian Oliver.

2.) To complete the deposition of percipient witness Dominic Campese.

1

1  3.) To complete Defendant's disclosures of items in Plaintiff's First Request for Production of Documents.

2  4.) To adjudicate the remaining discovery dispute concerning the Defendant's putative duty to disclose items requested in Plaintiff's First Request for Production of Documents number 28 (certain prior arrest reports of Brian Oliver).

The Parties agree that Good Cause exists for this extension and accordingly respectfully request the Court grant this petition.

Respectfully Submitted,

DATED: July _11_, 2006

JOHN VIOLA
BEN ROSENFELD

By: _____/S/_____
JOHN VIOLA
Attorneys for Plaintiff

DATED:  July _11_, 2006

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
PETER J. KEITH
Deputy City Attorneys

By: _____/S/_____
PETER J. KEITH
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED** with the strict understanding that no other trial or pretrial dates shall be changed or modified as a result of this Order.

Dated: 07/17/06

_____
HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Thelton E. Henderson